IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 95-60624
Summary Calendar

JAMES HARBIN,

Plaintiff-Appellant,

versus

STEVE W. PUCKETT,

Defendant-Appellee.

Appeal from the United States District Court
for the Northern District of Mississippi
4:91-CV181-S-0

May 6, 1996

Before JOHNSON,  BARKSDALE, and PARKER, Circuit Judges.

Per Curiam:[*]

James Harbin ("Harbin") appeals the district court's dismissal of his prisoner's civil rights complaint on the grounds that it was frivolous.  Harbin argues that his constitutional rights were violated by his parole being revoked because he was mentally unstable.  Having fully reviewed the record and Harbin's brief, we find no error in the district court's frivolity dismissal.  *See Heck v. Humphrey*, 114 S. Ct. 2364 (1994).

AFFIRMED.

---

[*]    Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.